Chief District Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RANI KAUR, *et al.*,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>MICHAEL RICHARD POMPEO, *et al.*,<br><br>　　　　　　　Defendants. | No. C20-01609 RSM<br><br>JOINT STIPULATION AND ORDER FOR EXTENSION OF ANSWER DEADLINE<br><br>Noted for Consideration:<br>**January 15, 2021** |

The Parties, through undersigned counsel, hereby STIPULATE and AGREE that Defendants' Answer may be extended from January 15, 2021 to January 22, 2021. Good cause exists for the requested extension. The Parties were discussing the possible resolution of this matter after the Department of State ("State") processed the visas at issue. However, it appears that litigation may be necessary to resolve this case. Accordingly, the Parties respectfully request an extension of the deadline for Defendants' Answer until January 22, 2021.

//

//

//

//

//

---

STIPLUATION AND ORDER FOR EXTENSION
OF DEADLINE (C20-01609 RSM) - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 4258-3800

Dated: January 15, 2021

Respectfully submitted,

United States Attorney's Office

*s/ Bart Klein*
BART KLEIN WSBA #10909
Law Offices of Bart Klein
WSBA # 10909
605 First Avenue South, Suite 500
Seattle, WA 98104
Tel.: (206) 624-3787
Fax: (206) 624-6371
Bart.Klein@bartklein.com

*Attorney for Plaintiffs*

*/s/ Michelle R. Lambert*
MICHELLE R. LAMBERT
NYS#4666657
Assistant United States Attorney
United States Department of Justice
1201 Pacific Avenue, Suite 700
Tacoma, WA 98402
Tel.: (253) 428-3824
Email: michelle.lambert@usdoj.gov

*Attorney for Defendants*

### ORDER

The parties having so stipulated, the above is SO ORDERED. Defendants' Answer deadline is extended to January 22, 2021.

DATED this 19th day of January, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPLUATION AND ORDER FOR EXTENSION
OF DEADLINE (C20-01609 RSM) - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 4258-3800