Chief District Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RANI KAUR, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL RICHARD POMPEO, *et al.*, <br><br> Defendants. | No. C20-01609 RSM <br><br> STIPULATED ORDER FOR DISMISSAL <br><br> Noted for Consideration: <br> **March 18, 2021** |

The above-captioned action having been resolved by the parties, all parties, through their undersigned counsel and respective attorneys of record, now hereby stipulate to the dismissal without prejudice of the above-captioned action, with each party to bear their own fees or costs.

Dated: March 18, 2021

Respectfully submitted,

*s/ Bart Klein*
BART KLEIN WSBA #10909
Law Offices of Bart Klein
WSBA # 10909
605 First Avenue South, Suite 500
Seattle, WA 98104
Tel.: (206) 624-3787
Fax: (206) 624-6371
Bart.Klein@bartklein.com

*Attorney for Plaintiffs*

*/s/ Michelle R. Lambert*
MICHELLE R. LAMBERT
NYS#4666657
Assistant United States Attorney
United States Department of Justice
1201 Pacific Avenue, Suite 700
Tacoma, WA 98402
Tel.: (253) 428-3824
Email: michelle.lambert@usdoj.gov

*Attorney for Defendant*

STIPULATION ORDER FOR
DISMISSAL  (C20-01609 RSM) - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 4258-3800

**ORDER**

IT IS HEREBY ORDERED that the Parties' Stipulated Order for Dismissal is GRANTED.  The case is dismissed without prejudice with each party to bear their own costs.

DATED this 22nd day of March, 2021.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPLUATION ORDER FOR
DISMISSAL  (C20-01609 RSM) - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 4258-3800